470 A.2d 1046

Maurer, et ux. v. Oshnock, et al., Appellants.

Argued October 27, 1983. Albert C. Odermatt, Jr., for appellants; Kenneth B. Burkley, for appellees.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Appeal quashed.